FILED
September 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0003741745

Certificate Number: 12433-CAE-DE-015891902

Bankruptcy Case Number: 11-28991

12433-CAE-DE-015891902

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on August 29, 2011, at 11:59 o'clock AM PDT, Daniel J. McCampbell completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   August 29, 2011              By:     /s/Laura Gannon

                                     Name:   Laura Gannon

                                     Title:  Teacher